Clara Dunn et al., Plaintiffs, v. Annie Dunn et al., Defendants.
Henry W. Kenoe, Appellee, v. Alice Dunn, Appellant.
Gen. No. 40,677.

opinion filed December 5, 1939; rehearing denied December 26, 1939. H. M. Phipps, for appellant; Henry W. Kenoe, *pro se.* Opinion by JUSTICE FRIEND. ''Not to be published in full.''